| | |
|---|---|
| **OUTTEN & GOLDEN LLP**<br>Ossai Miazad<br>Christopher M. McNerney<br>Nina T. Martinez<br>685 Third Avenue, 25th Floor<br>New York, New York 10017 | **YOUTH REPRESENT**<br>Michael C. Pope<br>Eric Eingold<br>11 Park Place, Suite 1512<br>New York, New York 10007 |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FELIPE KELLY, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>BROOKLYN EVENTS CENTER, LLC d/b/a BARCLAYS CENTER, LEVY PREMIUM FOODSERVICE LIMITED PARTNERSHIP, and PROFESSIONAL SPORTS CATERING LLC,<br><br>                    Defendants. | No. 1:17-cv-4600 (KAM)(RLM)<br><br>NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |

WHEREAS, on August 4, 2017, Plaintiff Felipe Kelly filed a class action complaint against Brooklyn Events Center, LLC d/b/a Barclays Center, Levy Premium Foodservice Limited Partnership, and Professional Sports Catering LLC;

WHEREAS, no Defendant has filed an answer in this action;

WHEREAS, Plaintiff seeks to voluntarily dismiss his claims against Defendants Brooklyn Events Center LLC and Professional Sports Catering LLC; and

WHEREAS, Plaintiff is not dismissing his claims against Defendant Levy Premium Foodservice Limited Partnership,

NOW, THEREFORE, Plaintiff is providing this notice of dismissal of its claims with prejudice against Defendants Brooklyn Events Center LLC and Professional Sports Catering LLC.  Defendants do not object.

Dated: September 10, 2018
      New York, New York

/s/ Ossai Miazad
**OUTTEN & GOLDEN LLP**
Ossai Miazad
Lewis M. Steel
Christopher McNerney
Nina Martinez
685 Third Avenue, 25th Floor
New York, New York 10017
Tel.: (212) 245-1000

**YOUTH REPRESENT**
Michael C. Pope
Eric Eingold
11 Park Place, Suite 1512
New York, New York 10007
Tel.: (646) 759-8080

*Attorneys for Plaintiff and the Putative Class*