| | |
|---|---|
| **OUTTEN & GOLDEN LLP** <br> Ossai Miazad <br> Christopher McNerney <br> Nina Martinez <br> 685 Third Avenue, 25th Floor <br> New York, New York 10017 | **YOUTH REPRESENT** <br> Michael C. Pope <br> Eric Eingold <br> 11 Park Place, Suite 1512 <br> New York, New York 10007 |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FELIPE KELLY, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BROOKLYN EVENTS CENTER, LLC d/b/a BARCLAYS CENTER, LEVY PREMIUM FOODSERVICE LIMITED PARTNERSHIP, and PROFESSIONAL SPORTS CATERING LLC, <br><br> Defendants. | No. 1:17-cv-4600 (KAM)(RLM) |

### NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS, APPOINTMENT OF CLASS COUNSEL, AND <u>APPROVAL OF PLAINTIFF'S PROPOSED NOTICE OF SETTLEMENT</u>

For the reasons set forth in the Memorandum of Law in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, Conditional Certification of Settlement Class, Appointment of Class Counsel, and Approval of Plaintiff's Proposed Notice of Settlement ("Motion for Preliminary Approval") and in the Declaration of Ossai Miazad in Support of Plaintiff's Unopposed Motion for Preliminary Approval ("Miazad Decl."), and the supporting exhibits attached thereto, Plaintiff respectfully requests that the Court enter an Order:

(1)  granting preliminary approval of the Settlement Agreement, attached as **Exhibit A** to the Miazad Decl.;

(2)  conditionally certifying the settlement class under Fed. R. Civ. P. 23(a) and (b)(3) for purposes of effectuating the settlement;

(3)  appointing Plaintiff's Counsel as Class Counsel;

(4)  approving the proposed Notice of Class Action Settlement and Claim Form, attached as Exhibit B to the Miazad Decl., and directing their distribution; and

(5)  granting such other, further, or different relief as the Court deems just and proper.

\*   \*   \*

Plaintiff submits a Proposed Order, attached to the Miazad Decl. as **Exhibit C** for the Court's convenience.

Dated: September 12, 2018
New York, New York

Respectfully submitted,

*/s/ Ossai Miazad*
**OUTTEN & GOLDEN LLP**
Ossai Miazad
Lewis M. Steel
Christopher M. McNerney
Nina T. Martinez
685 Third Avenue, 25th Floor
New York, New York 10017
Tel.: (212) 245-1000

**YOUTH REPRESENT**
Michael C. Pope
Eric Eingold
11 Park Place, Suite 1512
New York, New York 10007
Tel: (646) 759-8080

***Attorneys for Plaintiff and the Putative Settlement Class***