| | |
|---|---|
| **OUTTEN & GOLDEN LLP**<br>Ossai Miazad<br>Christopher M. McNerney<br>Nina T. Martinez<br>685 Third Avenue, 25th Floor<br>New York, New York 10017 | **YOUTH REPRESENT**<br>Michael C. Pope<br>Eric Eingold<br>11 Park Place, Suite 1512<br>New York, New York 10007 |

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FELIPE KELLY, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>  v.<br><br>BROOKLYN EVENTS CENTER, LLC d/b/a BARCLAYS CENTER, LEVY PREMIUM FOODSERVICE LIMITED PARTNERSHIP, and PROFESSIONAL SPORTS CATERING LLC,<br><br>       Defendants. | No. 1:17-cv-4600 (KAM)(RLM) |

### NOTICE OF MOTION FOR APPROVAL OF ATTORNEYS' FEES AND COSTS

For the reasons set forth in Plaintiff's Memorandum of Law in Support of Plaintiff's Motion for Approval of Attorneys' Fees and Costs, and in the Declaration of Ossai Miazad in Support of Plaintiff's Motions for Certification of the Settlement Class and Final Approval of Class Action Settlement, Approval of Attorneys' Fees and Costs, and Approval of Service Award, and the supporting exhibits attached thereto, Plaintiff respectfully requests that the Court enter an Order awarding Class Counsel attorneys' fees and costs in the amount of $165,000.00.

| | |
|---|---|
| Dated: August 23, 2019<br>New York, New York | Respectfully submitted,<br><br>By: */s/ Ossai Miazad*<br>   Ossai Miazad |

**OUTTEN & GOLDEN LLP**
Ossai Miazad
Christopher M. McNerney
Nina T. Martinez
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060

**YOUTH REPRESENT**
Michael C. Pope
Eric Eingold
11 Park Place, Suite 1512
New York, NY 10007
Telephone: (646) 759-8080
Facsimile: (646) 217-3097

*Attorneys for Plaintiff and the Settlement Class*