| | |
|---|---|
| **OUTTEN & GOLDEN LLP**<br>Ossai Miazad<br>Christopher M. McNerney<br>Nina T. Martinez<br>685 Third Avenue, 25th Floor<br>New York, New York 10017 | **YOUTH REPRESENT**<br>Michael C. Pope<br>Eric Eingold<br>11 Park Place, Suite 1512<br>New York, New York 10007 |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

---

FELIPE KELLY, individually and on behalf of all others similarly situated,

                    Plaintiff,

v.

BROOKLYN EVENTS CENTER, LLC d/b/a BARCLAYS CENTER, LEVY PREMIUM FOODSERVICE LIMITED PARTNERSHIP, and PROFESSIONAL SPORTS CATERING LLC,

                    Defendants.

No. 1:17-cv-4600 (KAM)(RLM)

---

**NOTICE OF PLAINTIFF'S UNOPPOSED**
**MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS AND**
**FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

      For the reasons set forth in the Memorandum of Law in Support of Plaintiff's Unopposed Motion for Certification of the Settlement Class and Final Approval of Class Action Settlement and in the Declaration of Ossai Miazad in Support of Plaintiff's Unopposed Motions for Certification of the Settlement Class and Final Approval of Class Action Settlement, Approval of Attorneys' Fees Costs, and Approval of Service Award ("Miazad Decl."), and the supporting exhibits attached thereto, Plaintiff respectfully requests that the Court enter an Order:

    (1)    Granting the Motion for Certification of the Settlement Class and Final Approval of Class Action Settlement, and incorporating by reference all the terms, conditions, and obligations set forth in the Settlement Agreement;

(2) Ordering the Settlement Administrator to distribute the settlement funds in accordance with the terms of the Settlement Agreement;

(3) Retaining jurisdiction of this action in order to enter such further orders as may be necessary or appropriate in administering and implementing the terms and provisions of the Settlement Agreement; and

(4) Granting any other relief that the Court deems just and proper.

\* \* \*

Plaintiffs have submitted a Proposed Order, attached as **Exhibit G** to the Miazad Declaration, for the Court's convenience.

Dated: August 23, 2019  
New York, New York

Respectfully submitted,

By: /s/ Ossai Miazad  
 Ossai Miazad

**OUTTEN & GOLDEN LLP**  
Ossai Miazad  
Christopher M. McNerney  
Nina T. Martinez  
685 Third Avenue, 25th Floor  
New York, New York 10017  
Telephone: (212) 245-1000  
Facsimile: (646) 509-2060

**YOUTH REPRESENT**  
Michael C. Pope  
Eric Eingold  
11 Park Place, Suite 1512  
New York, NY 10007  
Telephone: (646) 759-8080  
Facsimile: (646) 217-3097

*Attorneys for Plaintiff and the Settlement Class*