UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
FELIPE KELLY, individually and on behalf of all
others similarly situated,

                         Plaintiff,

                         JUDGMENT
                         17-cv-04600(RLM)

       v.

BROOKLYN EVENTS CENTER, LLC d/b/a
BARCLAYS CENTER, LEVY PREMIUM
FOODSERVICE LIMITED PARTNERSHIP, and
PROFESSIONAL SPORTS CATERING LLC,

                         Defendants.
----------------------------------------------------------- X

       An Order of Honorable Roanne L. Mann, United States Magistrate Judge, having been filed on September 10, 2019, granting Plaintiff's motion for attorneys' fees and costs; and awarding class counsel $165,000 in attorneys' fees and expenses reasonably expended litigating and resolving the lawsuit; it is

       ORDERED and ADJUDGED that Plaintiff's motion for attorneys' fees and costs is granted; and that class counsel is awarded a total amount of $165,000.

Dated: Brooklyn, NY
       September 18, 2019

                         Douglas C. Palmer
                         Clerk of Court

                         By: /s/*Jalitza Poveda*
                         Deputy Clerk